### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TINA M. EMERSON                                                               PETITIONER

v.                       No. 5:13CV00136 JLH-HDY

RAY HOBBS, Director,
Arkansas Department of Correction                                   RESPONDENT

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 3rd day of July, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE