**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TINA M. EMERSON**                                                                              **PETITIONER**

**VS.**                                   **CASE NO. 5:13CV00136 JLH-HDY**

**RAY HOBBS, Director,**
**Arkansas Department of Correction (ADC)**                              **RESPONDENT**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge

J. Leon Holmes.   Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.   The copy will be furnished to the opposing party.    Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the
        hearing before the District Judge in the form of an offer of
        proof,  and a copy,  or the original, of any documentary or
        other non-testimonial evidence desired to be introduced at

the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Tina M. Emerson filed this habeas corpus petition with the Court on May 3, 2013.  She is

challenging her 2010 Clark County conviction for failing to register as a sex offender.  The

pleadings reflect that Ms. Emerson has previously filed a habeas corpus petition in the United States

District Court, Western District of Arkansas, *Emerson v. Hobbs*, Case No. 6:12cv06116, challenging

the same conviction.  This case is pending.

In the interest of judicial economy, we recommend that the petition filed with this Court be

dismissed without prejudice to allow the petitioner to seek relief in the earlier filed action.

In addition to the habeas corpus claims advanced in this case, the petitioner has referenced

numerous claims that deal with the conditions of her confinement and not with the underlying

conviction that resulted in her incarceration.  These claims are properly pursued in a civil rights

action brought pursuant to 42 U.S.C. §1983.  Ms. Emerson is notified that she should pursue such

claims in a new and separate proceeding.  To do so, she may file a separate lawsuit, and she would

be required to seek *in forma pauperis* status again in connection with a separate case.  If she chooses

to file a new lawsuit, all of her claims relating to the conditions of her confinement should be raised

in the lawsuit.

In summary, we recommend the petition for writ of habeas corpus be dismissed without

prejudice.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the

United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, we recommend the certificate of appealability be denied.

IT IS SO ORDERED this  13   day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE